UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. CAYWOOD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MILLARD DREXLER, JAMES COULTER, STEVEN GRAND-JEAN, JOSH WESTON, STUART SLOAN, MARY ANN CASATI, HEATHER REISMAN, DAVID HOUSE, STEPHEN SQUERI, J. CREW GROUP, INC., TPG CAPITAL L.P., LEONARD GREEN & PARTNERS, L.P., CHINOS HOLDINGS, INC. and CHINOS ACQUISITION CORPORATION,<br><br>Defendants. | 10 Civ. 9328 (PGG)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Meredith E. Kotler of Cleary Gottlieb Steen & Hamilton LLP, a member of this court in good standing, hereby enters an appearance as counsel for Defendants J. Crew Group, Inc., Steven Grand-Jean, Stuart Sloan and Heather Reisman in the above-captioned action.

Dated: New York, New York
December 23, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Meredith E. Kotler
One Liberty Plaza
New York, NY 10006
(212) 225-2000
(212) 225-3999 (Facsimile)
mkotler@cgsh.com

*Attorney for Defendants J. Crew Group, Inc., Steven Grand-Jean, Stuart Sloan and Heather Reisman*