UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT W. CAYWOOD, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>MILLARD DREXLER, JAMES COULTER, STEVEN GRAND-JEAN, JOSH WESTON, STUART SLOAN, MARY ANN CASATI, HEATHER REISMAN, DAVID HOUSE, STEPHEN SQUERI, J. CREW GROUP, INC., TPG CAPITAL L.P., LEONARD GREEN & PARTNERS, L.P., CHINOS HOLDINGS, INC. and CHINOS ACQUISITION CORPORATION,<br><br>                    Defendants. | 10 Civ. 9328 (PGG)<br><br>**DEFENDANT'S RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant J. Crew Group, Inc. discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  December 23, 2010
         New York, New York

                            Respectfully submitted,

                            CLEARY GOTTLIEB STEEN & HAMILTON LLP

                            By_____

                               Meredith E. Kotler
                               One Liberty Plaza
                               New York, New York 10006
                               (212) 225-2000

                            *Attorney for Defendants J. Crew Group, Inc.,*
                            *Steven Grand-Jean, Stuart Sloan and Heather*
                            *Reisman*