UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. CAYWOOD, individually and on
behalf of all others similarly situated,

                Plaintiff,

v.

MILLARD DREXLER, JAMES COULTER,
STEVEN GRAND-JEAN, JOSHN WESTON,
STUART SLOAN, MARY CASATI,
HEATHER REISMAN, DAVID HOUSE,
STEPHEN SQUERI, J.CREW GROUP, INC.,
TPG CAPITAL L.P., LEONARD GREEN &
PARTNERS, L.P., CHINOS HOLDINGS,
INC., and CHINOS ACQUISITION
CORPORATION,

                Defendants.

Index No. 10-cv-9328 (Judge Paul G. Gardephe)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/11

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO STAY FEDERAL PROCEEDINGS**

WHEREAS, this action was filed with this court on December 14, 2010; and

WHEREAS, Defendants filed on December 22, 2010, a Motion to Stay Federal Proceedings Pending the Resolution of Parallel State Proceedings or, in the Alternative, to Enforce the Automatic Stay Provision of the Private Securities Litigation Reform Act (the "Motion to Stay");

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that Plaintiff's time to serve its response to the Motion to Stay is extended to January 14, 2011.

No party has made a previous request for an extension in this action. The reason for the extension is to accommodate Plaintiff's counsel schedule during the holiday season. This extension will not affect the date of any event or deadline already fixed in this action.

Dated: December 30, 2010
New York, NY

LEVI & KORSINSKY, LLP

by: _____
Jacob M. Jenkelowitz (JJ-9391)
30 Broad Street, 15th Floor
New York, New York 10004
T: (212) 363-7500
F: (212) 363-7171
E: jjenkelowitz@zlk.com

*Attorneys for Plaintiff*

CRAVATH, SWAINE & MOORE LLP,

by _____
Sandra C. Goldstein
Gary A. Bornstein

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for Defendants Josh Weston, Mary Ann Casati, Stephen Squeri and David House*

2

CLEARY GOTTLIEB STEEN & HAMILTON,

by _Meredith Kotler / w/ permission JWE_
      Meredith E. Kotler
      Deborah M. Buell

One Liberty Plaza
New York, NY 10006
(212) 225-2000

*Attorneys for Defendants J.Crew Group, Inc., James Scully, Steven Grand-Jean, Stuart Sloan and Heather Reisman*

ROPES & GRAY LLP

by _Martin Crisp / w/ permission JWE_
      Martin J. Crisp

1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

Randall W. Bodner
Peter L. Welsh
Rodman K. Forter, Jr.
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000

*Attorneys for Defendants TPG Capital, L.P. and James Coulter, Chinos Holdings, Inc. and Chinos Acquisition Corp.*

LATHAM & WATKINS,

by _____
James E. Brandt
Sarah M. Lightdale

885 Third Avenue
New York, NY 10022
(212) 906-1200

*Attorneys for Defendant Leonard Green & Partners, L.P.*


WILLKIE FARR & GALLAGHER LLP,

by _____
Tariq Mundiya
Antonio Yanez, Jr.

787 Seventh Avenue
New York, NY 10019
(212) 728-8000

*Attorneys for Defendant Millard Drexler*

SO ORDERED:

_____  Jan. 3, 2011
U.S.D.J.